**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JACQUELYN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | <u>1:21-CV-04417-MLB-LTW</u> |
| v. ) | |
| ) | |
| PASCHAL'S RESTAURANT, LLC ) | |
| and ) | |
| CONCESSIONS INTERNATIONAL, ) | |
| LLC ) | |
| Defendants. ) | |

## **<u>STIPULATION OF DISMISSAL</u>**

The parties, through their counsel of record, hereby stipulate that the above-styled action be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties each to bear their own costs.

This 4th day of April, 2022.

SIGNATURES CONTAINED ON FOLLOWING PAGE

1

STIPULATED TO:

| | |
|---|---|
| **IRVIN BOWEN LLC** | **JACKSON LEWIS P.C**. |
| /s/ A. McArthur Irvin | */s/ Tracie Johnson Maurer* |
| Georgia Bar No. 384300 | Tracie Johnson Maurer |
| mirvin@ibhslaw.com | Georgia Bar No. 395670 |
| /s/ Sandra Kaye Bowen | Tracie.Maurer@jacksonlewis.com |
| Georgia Bar No. 409315 | 171 17th Street, NW, Suite 1200 |
| sbrown@ibhslaw.com | Atlanta, Georgia 30363 |
| 1100 Peachtree Street, Suite 900 | (404) 525-8200 |
| Atlanta, Georgia 30309 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |